**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 4 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NEIGHBORS FOR ENVIRONMENTAL JUSTICE; et al.,<br><br>          Petitioners,<br><br> v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY; MICHAEL REGAN, Administrator, United States Environmental Protection Agency,<br><br>          Respondents,<br><br>AMERICAN CHEMISTRY COUNCIL; et al.,<br><br>          Intervenors. | No. 20-72091<br><br>Environmental Protection Agency<br><br>ORDER |
| STATE OF NEW YORK; et al.,<br><br>          Petitioners,<br><br> v.<br><br>MICHAEL REGAN, as Administrator of the Environmental Protection Agency; U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>          Respondents. | No. 20-73276<br><br>EPA Nos.<br>EPA-HQ-OPPT-2019-0437<br>FRL-10011-16 |

A status report was due in this matter on April 10, 2023. Within 14 days

after the date of this order, respondents shall file the required status report and/or a motion for appropriate relief.

Proceedings in these consolidated petitions remain in abeyance pending further court order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT